# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM 40197** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Michael S. RAVER** | ) | |
| **Master Sergeant (E-7)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 2** |

On 23 August 2022, Appellant submitted a Motion to Withdraw from Appellate Review and Motion to Attach. Specifically, Appellant moved to attach; (1) a DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant on 19 August and Appellant's counsel on 4 August 2022; and (2) a one-page declaration from Appellant. The Government did not submit any opposition.

Accordingly, it is by the court on this 26th day of August, 2022,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Motion to Attach is **GRANTED**. Appellant's case is forwarded to the Appellate Records Branch, JAJM, for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2019 ed.).

FOR THE COURT

FLEMING E. KEEFE, Capt, USAF
Acting Deputy Clerk of the Court